IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 15-CR-10149-RWZ |
| | ) |
| JAMES HARDY, | ) |
|       Defendant. | ) |

## GOVERNMENT'S MOTION TO SEAL

The United States Attorney hereby respectfully moves the Court to seal the Assented to Motion to Continue, this motion, and the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case

The United States Attorney further moves pursuant to General Order 06-05 that the United States Attorney be provided copies of all sealed documents that the United States Attorney has filed in the above-styled matter.

Respectfully submitted,

WILLIAM D. WEINREB
Acting United States Attorney

By: _____
EMILY CANNON
Assistant U.S. Attorney

Date: April 3, 2017

## CERTIFICATE OF SERVICE

I, Emily Cannon, Assistant U.S. Attorney, certify that I caused a copy of the attached motion to be served by email on the appellant's attorney on April 3, 2017.

EMILY CANNON
Assistant U.S. Attorney

Date: April 3, 2017